IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HERVE OUA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:11cv182-TMH |
| | ) | (WO) |
| | ) | |
| ERIC HOLDER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On March 22, 2011, the Magistrate Judge issued a Recommendation (Doc. 2) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

(1)    The Report and Recommendation of the Magistrate Judge is ADOPTED.

(2)    This case is transferred to the United States District Court Northern District of Alabama.

(3)    The Clerk is DIRECTED to take all necessary steps to effectuate the transfer of Plaintiff's civil action.

DONE this 25th  day of April, 2011.

/s/ Truman M. Hobbs

_____

SENIOR UNITED STATES DISTRICT JUDGE

Page 1 of  1